# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 13, 2012

No. 11-30464

Lyle W. Cayce
Clerk

GRAND ACADIAN, INC.,

Plaintiff

v.

FLUOR ENTERPRISES, INC.,

Defendant - Cross Defendant - Appellee

v.

DEXTER J. HONORE; DEXTER HONORE CONSTRUCTION CO., LLC

Defendants - Cross Claimants - Appellants

Appeal from the United States District Court
for the Western District of Louisiana
USDC NO. 2:07-CV-295

Before REAVLEY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5th Circ. Loc. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.